# United States Court of Appeals for the Fifth Circuit

———————————

No. 26-10147

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 13, 2026

Lyle W. Cayce
Clerk

Juana Higareda-Cano,

*Petitioner—Appellant*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Immigration and Customs Enforcement Director*; Josh Johnson; Marcello Villegas, *Warden of ERO Bluebonnet Detention Facility*; Department of Homeland Security; Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Respondents—Appellees*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:25-CV-225

———————————————————

ORDER:

IT IS ORDERED that Appellees' opposed motion to stay the appeal pending the disposition of three related consolidated appeals— *Sosnava Rodriguez v. Ortega*, No. 26-50183; *Villegas Angel v. Mullin*, No. 26-50219; and *Gomez Alvarado v. Vergara*, No. 26-50221 is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative unopposed motion for an extension of time to file brief for 21 days from the denial of the motion is DENIED as moot.


/s/ *Priscilla Richman*
PRISCILLA RICHMAN
*United States Circuit Judge*